## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| William Erwin Williams, | Civil No. 11-643 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Tom Roy, Commissioner; Eddie Miles, Warden; Betsy Fiskewold, Comissary Supervisor; Henry Wesley; Ms. Beltz; Sgt. Childers; Ofc. Lawhorn; Ofc. Ollila; Ofc. Zelinski-Feeney; Mark Sadowski; Tim Kulik; Matt Johnson; and Paul Johnson, | |
| Defendants. | |

William Erwin Williams, *Pro Se*, Plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 18, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation, and all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 18, 2011        s/Donovan W. Frank
                           DONOVAN W. FRANK
                           United States District Judge